IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| v. | * | Criminal No. JFM-08-0342 |
| | * | Civil No. JFM-10-1856 |
| MARCUS PRESTON | * | |

## MEMORANDUM

Marcus Preston has filed a motion under 28 U.S.C. §2255. The motion will be denied.

Preston claims that his counsel was ineffective during the course of plea negotiations and in advising Preston that his federal sentence would run concurrently with a state sentence for violation of probation.[1] Nothing could be further from the truth. The record establishes that Preston's counsel was extremely effective during the course of plea negotiations, obtaining for Preston a sentence substantially less than he would have faced had he gone to trial. Accordingly, Preston's motion is denied.

A separate order effecting the ruling made in this memorandum is being entered herewith.

Date: November 30, 2010      /s/
                              J. Frederick Motz
                              United States District Judge

---

[1] It is not clear from the record whether the Bureau of Prisons implemented Preston's federal sentence so that it runs concurrently with the state court conviction for violation of probation. Even if BOP did not do so, that would not provide a basis for §2255 relief. However, simultaneously with the entry of this opinion the court is writing to counsel to ascertain whether, in fact, the BOP implemented Preston's federal sentence so that it runs concurrently with his state court conviction. If BOP did not do so, the Government may want to consider agreeing to (or not opposing) a motion for reduction of sentence that would give Preston credit for the time he spent in state custody.

1